

Elizabeth Sprotzer
esprotzer@spivaklipton.com
1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com

June 12, 2020

VIA ECF

Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Rahman, et al. v. Taj of India, Inc., d/b/a Taj Kabab King, et al.*
            Case No. 19-cv-05922 (KAM)(PK)

Dear Judge Kuo:

    The parties in the above-referenced action write to provide a Joint Status Report regarding settlement of this matter.

    On June 8, 2020, the parties participated in a settlement conference before Your Honor. The parties believe that a second settlement conference before Your Honor would be beneficial and are available on July 13 and 14, 2020 after 2:00 p.m., or on July 20, 2020.[1]

    We appreciate the Court's attention to this matter.

                             Sincerely,

                             */s/ Elizabeth Sprotzer*
                             Elizabeth Sprotzer

cc (via ECF): Khalid M. Azam, Esq.
Counsel for Defendants

---

[1] Plaintiffs' counsel Elizabeth Sprotzer will be on parental leave beginning June 25 until the Fall. Plaintiffs' counsel Hope Pordy will participate in the settlement conference on behalf of Plaintiffs.

SL-301550.1