# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

Elizabeth Sprotzer
esprotzer@spivaklipton.com
1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com

April 14, 2022

**VIA ECF**
Honorable James R. Cho
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Rahman, et al. v. Taj of India, Inc., d/b/a Taj Kabab King, et al*.
             Case No. 19-cv-05922 (KAM)(JRC)

Dear Judge Cho:

    In accordance with the Court's Order dated April 7, 2022 following the fairness hearing regarding the parties' motion for settlement approval, Plaintiffs respectfully submit this letter on behalf of both parties regarding the proposed Settlement Agreement. Dkt. 69-1.

    The parties have revised the Settlement Agreement to reflect that a Stipulation of Dismissal shall be filed upon the Court's approval of the Settlement Agreement. The revised Settlement Agreement, including a revised Stipulation of Dismissal (Exhibit A to the Agreement), is attached hereto as Exhibit 1. The parties thus respectfully request that the Court grant the parties' motion for settlement approval. *See* Dkt. 69.

    Thank you for your consideration of this request.

Sincerely,

*/s/ Elizabeth Sprotzer*
Elizabeth Sprotzer, Esq.

Cc via ECF:    Khalid M. Azam, Esq.,
                  Azam & Hertz LLP

SL-366442.1